# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JANET SIHLER, individually and on behalf of all others similarly situated; CHARLENE BAVENCOFF, individually and on behalf of all others similarly situated,<br><br>Petitioners,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Respondent. | CASE NO. 2:24-mc-00062-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

On January 3, 2025, Respondent filed a Motion for Reconsideration of the Court's Order on Motion to Compel. Dkt. No. 9. Petitioners are ORDERED to file a response of **no more than four (4) pages no later than January 10, 2025**. The Clerk SHALL renote the motion accordingly.

Dated this 6th day of January 2025.

Ravi Subramanian<br>
Clerk of the Court<br>
<br>
s/ Kadya Peter<br>
Deputy Clerk

MINUTE ORDER - 1