# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JANET SIHLER, individually and on behalf of all others similarly situated; CHARLENE BAVENCOFF, individually and on behalf of all others similarly situated,<br><br>Petitioners,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | CASE NO. 2:24-mc-00062-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

On January 15, 2025, the Court ordered Respondent to produce documents responsive to Petitioners' subpoena by January 29, 2025. Dkt. No. 13 at 9. Accordingly, the Parties are ORDERED to file a status report **by February 10, 2025**, indicating whether production was completed and whether this matter may now be closed.

Dated this 3rd day of February 2025.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 1