The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANET SIHLER, Individually and On Behalf of All Others Similarly Situated; CHARLENE BAVENCOFF, Individually and On Behalf of All Others Similarly Situated,<br><br>Petitioners,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Respondent. | Case No. 2:24-mc-00062<br><br>**JOINT STATUS REPORT** |

JOINT STATUS REPORT - 1
(Case No. 2:24-mc-00062)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  Pursuant to the Court's February 4, 2025, Minute Order (ECF No. 14), respondent
2  Microsoft Corporation and petitioners Janet Sihler and Charlene Bavencoff hereby jointly submit
3  that the production at issue in this matter has been completed, and the case may now be closed.

4

5  DATED this 10th day of February, 2025.

6

7
8
   Davis Wright Tremaine LLP
   Attorneys for Respondent

9  By /s/ James Howard

10 James Howard, WSBA #37259
   920 Fifth Avenue, Suite 3300
11 Seattle, WA 98104-1610
   Telephone: 206-757-8883
12 Email: jimhoward@dwt.com

13

14 Kneupper & Covey PC
   Attorneys for Petitioners

15 By: /s/ Caitlin Skurky

16 Caitlin Skurky, WSBA #60246
   600 1st Ave., Suite 102, PMB 2072
17 Seattle, WA 98104
   Telephone: 206-759-7520
18 Email: caitlin@kneuppercovey.com

19

20

21 Pursuant to Local Rule 11(b)(6)(B)(ii), the filer
   confirms that the contents of this document are
22 acceptable to all signers, and that the filer has
   received express written permission from the
23 additional signer to type the additional signature
   above.

24

25

26

27

JOINT STATUS REPORT - 2
(Case No. 2:24-mc-00062)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax